RUTH M. SERELS, Appellant, v. EUGENE SERELS, Respondent.— Plaintiff appeals from an order which (1) denied her motion to punish defendant for contempt of court on the ground that he had failed to make certain payments for alimony and counsel fee, as directed in a judgment of separation, and for further incidental relief; and (2) modified the said judgment, upon defendant's cross application, by reducing the alimony from $70 a week to $60 a week. Order modified by striking therefrom the second and third ordering paragraphs and by providing, in lieu thereof, the following: "Ordered that defendant's cross application for an order modifying the judgment be and the same is hereby in all respects denied." As so modified, the order is affirmed, with $10 costs and disbursements to appellant. No change of circumstances was shown by the defendant since the entry of the judgment less than three months prior to the making of his cross application for reduction in alimony. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

■

HARRY SIMON et al., Respondents, v. EDWARD LAGIN et al., Appellants. EDWARD LAGIN, Appellant, v. HARRY SIMON et al., Respondents.— Action No. 1 is by the sellers of real property to foreclose a purchase-money mortgage, and Action No. 2 is by the purchaser to recover damages for fraud inducing the purchase, in which action defendants Simon plead a counterclaim against their codefendant for recovery over if plaintiff should recover against them. The actions were consolidated. Action No. 2 was tried first by the court and a jury, and the court dismissed the complaint and the counterclaim at the end of the plaintiff's case. Action No. 1 was then tried by the court and the court granted judgment in favor of plaintiffs. Defendants Lagin in Action No. 1 and plaintiff Edward Lagin in Action No. 2 appeal from the judgment entered thereon. Judgment unanimously affirmed, with one bill of costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.